

## 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

Dowtech Specialty Contractors, Inc.,     * From the 39th District Court
of Haskell County,
Trial Court No. 12278

Vs. No. 11-18-00246-CV     * September 25, 2020

City of Weinert, Texas,     * Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Dowtech Specialty Contractors, Inc.